THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRANT ZASTROW, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>RUGSUSA, LLC,<br><br>   Defendant. | Case No.: 2:25-cv-00472-KKE<br><br>**ORDER GRANTING DEFENDANT RUGSUSA, LLC'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>April 11, 2025 |

THIS MATTER having come before the Court upon Defendant RugsUSA, LLC's Unopposed Motion for an Extension of Time to Respond to Complaint (the "Motion"), the Court finds Defendant RugsUSA, LLC has shown good cause for its requested extension.

It is hereby ORDERED that the Motion is GRANTED. Defendant RugsUSA, LLC is authorized to respond to Plaintiff Grant Zastrow's Complaint on or before May 16, 2025.

SO ORDERED this 14th day of April, 2025.

*[signature]*

HON. KYMBERLY K. EVANSON
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING DEFENDANT RUGSUSA, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (2:25-cv-00472-KKE) - 1

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

Presented by:

STOEL RIVES LLP

Dated this 11th day of April, 2025.

*s/Emily L. Vo*
Timothy W. Snider, WSBA No. 39808
760 SW Ninth Ave, Suite 3000
Portland, OR 97205
Telephone: (503) 294-9557
timothy.snider@stoel.com

Emily L. Vo, WSBA No. 62905
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7659
emily.vo@stoel.com

*Attorneys for Defendant, RUGSUSA, LLC*

ORDER GRANTING DEFENDANT RUGSUSA, LLC'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(2:25-cv-00472-KKE) - 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*