THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| GRANT ZASTROW, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>RUGSUSA, LLC,<br><br>*Defendant.* | Case No. 2:25-cv-00472-KKE<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)**<br><br>Hon. Kymberly K. Evanson |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Grant Zastrow voluntarily dismisses the above-captioned action without prejudice.

Dated: April 14, 2026

Respectfully submitted,

By: /s/ *Wright A. Noel*

**CARSON & NOEL PLLC**
Wright A. Noel, WSBA No. 25264
20 Sixth Ave. NE
wright@carsonnoel.com
Issaquah WA 98027
Telephone: (425) 395-7786
Facsimile: (425) 837-5396

**BURSOR & FISHER, P.A.**
Julian Diamond *
jdiamond@bursor.com
1330 Avenue of the Americas, Floor 32
New York, NY 10019
Telephone: (646) 837-7150
Email: jdiamond@bursor.com

Simon Franzini *
simon@dovel.com
Jonas Bram Jacobson (WA 62890)
jonas@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

* *Pro Hac Vice*

*Attorneys for Plaintiff*